AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| KYLE ESPIRITU | Case No.  CR 15-303-LAL (CC21-R3003912) |
| | USM No. |
| | ANDRE TOWNSEND, DFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 844 | POSSESSION OF CONTROLLED SUBSTANCE (MARIJUANA) - | 01/01/2015 | 1 |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| Total: $150.00 | Assessment $ 25.00 | Fine $ 100.00 | Processing Fee: $25.00 |
|---|---|---|---|

Last Four Digits of Defendant's Soc. Sec. No.: 8851

Defendant's Year of Birth: 1996

City and State of Defendant's Residence:
OXNARD, CA

05/22/2015
Date of Imposition of Judgment

_(signed)_ Louise A. La Mothe
Signature of Judge

LOUISE A. LA MOTHE        US MAGISTRATE
Name and Title of Judge

05/22/2015
Date